IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HINTZ PROPERTIES, LLC; REGIONAL BUSINESS FUND, INC.; CARLTON FINANCIAL CORPORATION; U.S. BANCORP EQUIPMENT FINANCE, INC.; M&I EQUIPMENT FINANCE COMPANY; DAIMLER FINANCIAL SERVICES AMERICAS, LLC; ANDERSEN CORPORATION; DUNN COUNTY; and CITY OF MENOMONIE<br><br>Defendants. | Case Number 08-cv-0637-bbc |

**ORDER FOR SERVICE BY PUBLICATION**

On motion of the plaintiff for an Order directing Hintz Properties, LLC, defendant herein, to appear or plead as authorized by Section 1655, Title 28, United States Code, and it appearing by the Court that this is an action to foreclose a mortgage upon real estate lying and being in the County of Dunn, State of Wisconsin, to wit:

Parcel A

Lots Seven (7) and Eight (8) of Certified Survey Map No. 512, as recorded in Volume 2 of Survey Maps, Page 242; Being a part of the Southwest Quarter (SW ¼) of the Northwest Quarter (NW ¼) of Section Twenty (20), Township Twenty-Eight (28) North, Range Twelve (12) West, City of Menomonie, Dunn County, Wisconsin.

Parcel B

Parcel 5B of Map of Survey recorded in Volume 335 of Records, Page 853, being part of Lot Five (5) of Certified Survey Map Number 357 recorded in Volume Two (2) of Survey Maps, Page 87; EXCEPT the north sixty (60) feet thereof;

ALSO

Lot Twelve (12) of Certified Survey Map Number 510 recorded in Volume Two (2) of Survey Maps, page 240;

ALSO

Lot Nine (9) of Certified Survey Map Number 512 recorded in Volume Two (2) of Survey Maps, page 242;

All being part of the Northwest Quarter (NW ¼) of the Northwest Quarter (NW ¼) in Section Twenty (20), Township Twenty-Eight (28) North, Range Twelve (12) West, City of Menomonie, Dunn County, Wisconsin.

That service of the Complaint and First Amended Complaint herein cannot be made since the address and whereabouts of defendant Hintz Properties, LLC, are unknown to the plaintiff, in spite of diligent efforts by the plaintiff to obtain the same.

IT IS, THEREFORE, ORDERED that defendant Hintz Properties, LLC, appear or plead to the Complaint and First Amended Complaint herein on or before the 10th day of April, 2009, and in default thereof the Court will proceed to the hearing and adjudication of this suit as if the said defendant Hintz Properties, LLC, had been served by process, and;

IT IS FURTHER ORDERED that this Order be published in <u>The Dunn County News</u>, a newspaper published in the City of Menomonie, County of Dunn, State of Wisconsin, once each week for six successive weeks, prior to the 10th day of April, 2009.

Entered this 12th day of February, 2009.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
Chief United States District Judge
Western District of Wisconsin